UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRUCE YUILLE,

                                    Plaintiff,                    22-CV-07453 (LJL)(SN)

                        -against-                                 **ORDER**

UPHOLD HQ, INC.,

                                    Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Tuesday, November 29, 2022, the Honorable Lewis J. Liman referred this matter to

my docket for settlement. The parties are directed to contact Courtroom Deputy Rachel Slusher

at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              November 30, 2022