UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRUCE YUILLE,

                         Plaintiff,                    22-CV-7453 (LJL)(SN)

      -against-                      **ORDER**

UPHOLD HQ INC.,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On August 11, 2023, the Honorable Lewis J. Liman granted Defendant's motion to dismiss with respect to Counts I, II, and VII and denied the motion as to Counts III and VI. ECF No. 52. Accordingly, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      August 21, 2023
                 New York, New York